# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA HARGROVE,<br><br>        Plaintiff,<br>v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>        Defendants. | Case No.: 1:17-cv-01743 AWI JLT<br><br>ORDER REASSIGNING CASE<br><br>Old Case Number: 1:17-cv-01743 AWI JLT<br><br>New Case Number: 1:17-cv-01743 JLT |

The parties have indicated their willingness to consent to Magistrate Judge jurisdiction for all further proceedings in this case (Docs. 9-11), including trial and entry of final judgment, in accordance with 28 U.S.C. § 636(c)(1). Accordingly, the Court **ORDERS**:

1.     This case is REASSIGNED to Jennifer L. Thurston, Magistrate Judge, for all future proceedings and RENUMBERED as 1:17-cv-01743 JLT. The parties shall use this number in all future filings.

IT IS SO ORDERED.

Dated:   March 7, 2018                                   _____
                                                       SENIOR DISTRICT JUDGE