# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| TATYANA HARGROVE, | Case No.: 1:17-cv-01743- JLT |
|---|---|
| Plaintiff, | ORDER AFTER IN CAMERA REVIEW OF RECORDS OF THE KERN HIGH SCHOOL DISTRICT/VISTA WEST HIGH SCHOOL |
| v. | |
| CITY OF BAKERSFIELD, et al., | |
| Defendants. | |

At the informal conference re: discovery dispute (Doc. 23), the parties agreed the Court would conduct an in camera review of educational and employment records of the plaintiff. The Court has received and reviewed the records from the Kern High School District, which included records from Stockdale High School, Vista West High School and Tevis Junior High School. Of these records, the Court finds very few are discoverable because they contain no information which may bear on the issues in this case or because discovery of these records is not proportional to the needs of the case (Fed.R.Civ.P. 26(b)(1). As to the records to be disclosed, the Court makes no comment as to their admissibility. Thus, the Court **ORDERS**:

1. A portion of the document entitled "Vista West High School Student Discipline Profile" SHALL be disclosed. This document is numbered "1 of 13" through "13 of 13." Of these, only pages "1 of 13" through "9 of 13" SHALL be disclosed to the defendants;

2. The document entitled "Stockdale High School Refrain From Verbal Contact . . ." dated

1 | "2/21/13" related to "Incident # 36501" SHALL be disclosed to the defendants;

2 |     3. The eight documents entitled "Tevis Junior High School Disciplinary Action Form" with incident dates listed as "09/22/2011," "11/16/2011," "02/08/2012," "09/12/2011," "06/02/2011," "05/12/2011," "03/29/2011," and "01/18/2011" SHALL be disclosed to the defendants;

    4. These documents SHALL be disclosed to the defendants within five court days and SHALL include a declaration from the custodian of records.

IT IS SO ORDERED.

    Dated: __**October 30, 2018**__            __/s/ **Jennifer L. Thurston**__
                                                                    UNITED STATES MAGISTRATE JUDGE