# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| TATYANA HARGROVE, | Case No.: 1:17-cv-01743- JLT |
|---|---|
| Plaintiff, | ORDER AFTER IN CAMERA REVIEW OF RECORDS OF ALIA CORP. (MCDONALD'S) |
| v. | |
| CITY OF BAKERSFIELD, et al., | |
| Defendants. | |

At the informal conference re: discovery dispute (Doc. 23), the parties agreed the Court would conduct an in camera review of educational and employment records of the plaintiff. The Court has received and reviewed the records from Alia Corp which operates the McDonald's where the plaintiff has been employed. The Court finds the records to be discoverable, though they should be redacted to delete at least the first five digits of the plaintiff's social security number. Thus, the Court **ORDERS**:

1. All of the records from Alia Corp/McDonald's SHALL be produced to the defendants within five court days and SHALL include a declaration from the custodian of records. The plaintiff may require before production, that at least the first five digits of the plaintiff's social security number is redacted.

IT IS SO ORDERED.

Dated: **November 1, 2018**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE