# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA HARGROVE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>　　　　　Defendants. | Case No.: 1:17-cv-01743- JLT<br><br>ORDER AFTER IN CAMERA REVIEW OF RECORDS OF THE KERN COUNTY SUPERINTENDENT OF SCHOOLS |

At the informal conference re: discovery dispute (Doc. 23), the parties agreed the Court would conduct an in camera review of educational and employment records of the plaintiff. The Court has received and reviewed the records from the Kern County Superintendent of Schools. Few are discoverable because most contain no information which bear on the issues in this case and because discovery of them is not proportional to the needs of the case (Fed.R.Civ.P. 26(b)(1). As to the records to be disclosed, the Court makes no comment as to their admissibility. Thus, the Court **ORDERS**:

　　1.　　The documents with Bates numbers 41-43 and 113-115 to be provided to the defendants within five court days.

IT IS SO ORDERED.

　　Dated:　**November 11, 2018**　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE