Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD, BAKERSIFELD POLICE DEPARTMENT OFFICER CHRISTIOPHER MOORE, BAKERSFIELD POLICE DEPARTMENT SENIOR OFFICER GEORGE VASQUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA HARGROVE,<br><br>      Plaintiff,<br><br>vs.<br><br>CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT OFFICER CHRISTOPHER MOORE, BAKESFIELD POLICE DEPARTMENT SENIOR OFFICER G. VAZQUEZ,<br><br>      Defendants. | Case No. 1:17-CV-01743-JLT<br><br>**STIPULATION TO MODIFY THE SCHEDULING ORDER [DKT. NO. 14]; ORDER DENYING STIPULATION (Doc. 31)** |

**RECITALS**

1. WHEREAS, on March 26, 2018, this Court issued its Scheduling Order [Dkt. No. 16];

2. WHEREAS, the Parties require additional time is needed in order to depose additional witnesses;

3. WHEREAS, the requested extension will not in any way affect the Pretrial Conference date of September 16, 2019, or the Trial date of October 7, 2019.

**STIPULATION**

IT IS HEREBY STIPULATED by and between the Parties hereto through their respect attorneys of records that the following deadlines and hearings are requested to be continued as follows:

| Deadline/Hearing | Current Date | Requested Date |
| --- | --- | --- |
| Non-Expert Discovery Cutoff | February 19, 2019 | March 19, 2019 |
| Expert Disclosures | March 8, 2019 | April 5, 2019 |
| Rebuttal Expert Disclosures | March 29, 2019 | April 26, 2019 |
| Expert Discovery Cutoff | April 15, 2019 | May 13, 2019 |
| Non-Dispositive Motion Filing Deadline | April 30, 2019 | May 28, 2019 |
| Deadline to Hear Non-Dispositive Motions | May 28, 2019 | June 25, 2019 |
| Dispositive Motion Filing Deadline | June 10, 2019 | July 8, 2019 |
| Deadline to Hear Non-Dispositive Motions | July 22, 2019 | August 19, 2019 |

Dated: January 7, 2019    ALDERLAW, P.C.

  */s/ Neil K. Gehlawat*
By:_____
  Neil K. Gehlawat
  Attorneys for Plaintiff
  TATYANA HARGROVE

Dated: January 7, 2019    THE LAW OFFICE OF THOMAS C. SEABAUGH

  */s/ Thomas C. Seabaugh*
By:_____
  Thomas C. Seabaugh
  Attorneys for Plaintiff
  TATYANA HARGROVE

Dated: January 7, 2019.                    MARDEROSIAN & COHEN

                                            */s/ Michael G. Marderosian*
                                    By:_____
                                           Michael G. Marderosian,
                                           Attorneys for Defendants
                                           above-named.

## ORDER

The parties have failed to demonstrate any cause let alone good cause to amend the case schedule. The offer no explanation why the needed depositions were not taken earlier or why they cannot be completed by the current discovery deadline. Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609-610 (9th Cir. 1992). Thus, the stipulation is **DENIED**.

IT IS SO ORDERED.

   Dated:   **January 7, 2019**              **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE