Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for:	Defendants CITY OF BAKERSFIELD, BAKERSIFELD POLICE DEPARTMENT OFFICER CHRISTIOPHER MOORE, BAKERSFIELD POLICE DEPARTMENT SENIOR OFFICER GEORGE VASQUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA HARGROVE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT OFFICER CHRISTOPHER MOORE, BAKESFIELD POLICE DEPARTMENT SENIOR OFFICER G. VAZQUEZ,<br><br>　　　　　Defendants. | Case No. 1:17-CV-01743-JLT<br><br>**STIPULATION TO VACATE SETTLEMENT CONFERENCE; ORDER** |

1

**RECITALS**

1. WHEREAS, on March 26, 2018, this Court issued its Scheduling Order [Dkt. No. 16] setting a Settlement Conference for August 8, 2019 at 10 a.m. in Courtroom No. 7 before the Honorable Sheila K. Oberto.

2. WHEREAS, the Parties have agreed to engage in private mediation in lieu of a Settlement Conference.

**STIPULATION**

IT IS HEREBY STIPULATED by and between the Parties hereto through their respective attorneys of record that the Settlement Conference scheduled for August 8, 2019 at 10 a.m. be vacated in order to allow the parties to engage in private mediation.

Dated: June 19, 2019                ALDERLAW, P.C.

                                                 */s/ Neil K. Gehlawat*
                                       By:_____
                                            Neil K. Gehlawat
                                            Attorneys for Plaintiff
                                            TATYANA HARGROVE

Dated: June 19, 2019                THE LAW OFFICE OF THOMAS C. SEABAUGH

                                                 */s/ Thomas C. Seabaugh*
                                       By:_____
                                            Thomas C. Seabaugh
                                            Attorneys for Plaintiff
                                            TATYANA HARGROVE

Dated: June 19, 2019.               MARDEROSIAN & COHEN

                                                 */s/ Michael G. Marderosian*
                                       By:_____
                                            Michael G. Marderosian,
                                            Attorneys for Defendants
                                            above-named.

**ORDER**

Based upon the stipulation of the parties, the Court **ORDERS** that the settlement conference scheduled for August 8, 2019 is VACATED.

IT IS SO ORDERED.

Dated: __**June 19, 2019**__              __**/s/ Jennifer L. Thurston**__
                                          UNITED STATES MAGISTRATE JUDGE