Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD, CHRISTOPHER MOORE and GEORGE VASQUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA HARGROVE,<br><br>       Plaintiff,<br><br>  vs.<br><br>CITY OF BAKERSFIELD, et al.<br><br>       Defendants. | Case No. 1:17-CV-01743-JLT<br><br>**[PROPOSED] ORDER RE DEFENDANTS' REQUEST TO FILE EXHIBITS TO MOTIONS IN LIMINE UNDER SEAL** |

      Defendants CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT OFFICER CHRISTOPHER MOORE, and BAKERSFIELD POLICE SENIOR OFFICER GEORGE VASQUEZ'S Request to Seal the following Exhibits to Defendants' Motions in Limine is **GRANTED**.

      Exhibit 1 – Bakersfield Police Memorandum and Citizen Complaint, Case Number CC2015-025;

      Exhibit 2 – Citizen Complaint/Internal Affairs Investigation Case Number IA2016-025;

      Exhibit 3 – Citizen Complaint/Internal Affairs Investigation Case Number IA2015-0017;

1

Exhibit C – Bakersfield Police Department's Department of Internal Affairs Report and Conclusions;

Exhibit I – Audio Recording of the Use of Force Interview.

The documents are to be emailed to ApprovedSealed@caed.uscourts.gov for filing under seal.

IT IS SO ORDERED.

Dated: **September 24, 2019**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE