Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT OFFICER CHRISTOPHER MOORE, BAKERSFIELD POLICE DEPARTMENT SENIOR OFFICER GEORGE VASQUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATYANA HARGROVE,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT OFFICER CHRISTOPHER MOORE, BAKERSFIELD POLICE DEPARTMENT SENIOR OFFICER G. VAZQUEZ,<br><br>        Defendants. | Case No. 1:17-CV-01743-JLT<br><br>**STIPULATION FOR WAIVER OF FEES AND COSTS IN EXCHANGE FOR WAIVER OF RIGHT TO APPEAL AND [PROPOSED] ORDER THEREON** |

Plaintiff TATYANA HARGROVE ("Plaintiff") and Defendants CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT OFFICER CHRISTOPHER MOORE, and BAKERSFIELD POLICE DEPARTMENT SENIOR OFFICER GEORGE VASQUEZ ("Defendants"), by and through their counsel of record, hereby stipulate to the terms and conditions on this stipulation and jointly request that the court enter its Order at the end of this document.

## RECITALS

WHEREAS, the Court entered Judgment in favor of Defendants and against Plaintiff on October 21, 2019.

WHEREAS, Defendants are entitled to their costs incurred in defense of this action and have agreed to waive those costs in exchange for Plaintiff's waiver of her right to appeal the Judgment of this case.

WHEREAS, Plaintiff has a right to appeal the Court's Judgment and has agreed to waive her right to appeal in exchange for a waiver of costs and fees by the Defendants.

## STIPULATION

Therefore, the Parties agree as follows:

Plaintiff agrees to waive her right to all appealable issues arising in and from this action, including but not limited to the October 21, 2019 Judgment in exchange for Defendants' waiver of all claims for costs and fees arising from this litigation.

Dated: October 26, 2019          ALDERLAW, P.C.

                                        */s/ Neil K. Gehlawat*
                              By:_____
                                 Neil K. Gehlawat
                                 Attorneys for Plaintiff
                                 TATYANA HARGROVE

Dated: October 26, 2019          THE LAW OFFICE OF THOMAS C. SEABAUGH

                                        */s/ Thomas C. Seabaugh*
                              By:_____
                                 Thomas C. Seabaugh
                                 Attorneys for Plaintiff
                                 TATYANA HARGROVE

Dated: October 26, 2019						MARDEROSIAN & COHEN

						By: _____*/s/ Michael G. Marderosian*_____
						    Michael G. Marderosian,
						    Attorneys for Defendants
						    above-named.

### ORDER

Upon good cause being shown as set forth in the Stipulation of legal counsel for the Parties, the Court hereby adopts the Stipulation.

IT IS SO ORDERED.

Dated:   **October 26, 2019**			      **/s/ Jennifer L. Thurston**
						UNITED STATES MAGISTRATE JUDGE